UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FORD MOTOR CREDIT COMPANY,
a Delaware Corporation,

        Plaintiff,
                                    NO. CIV. S-06-1940 LKK/DAD
    v.

BONANZA AUTO CENTER, INC.,
A California Corporation,           O R D E R

        Defendant.
_____/
```

On August 31, 2006 the court issued an order granting Ford Motor Credit's Temporary Restraining Order.  A hearing on Ford Credit's application for writ of possession and injunctive relief is set for September 15, 2006 at 1:30 p.m. Upon further review of the docket, the court became aware that defendant may not have been served with the August 31, 2006 order.  According, the court orders as follows:

    1.    The August 31, 2006 order is amended to read as follows: Defendant shall file a statement of opposition or non-opposition by Tuesday, September 12, 2006 by 9:00 a.m. Plaintiff shall file a reply brief by Wednesday,

```
 1              September 13, 2006 by 5:00 p.m.
 2        2.   Plaintiff is directed to serve a copy of this order as
 3             well as the order issued on August 31, 2006 on defendant.
 4   IT IS SO ORDERED.
 5   DATED: September 7, 2006.
 6
 7
 8                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
 9                              UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```