UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,
a Delaware Corporation,

       Plaintiff,

    v.                          NO. CIV. S-06-1940 LKK/DAD

BONANZA AUTO CENTER, INC.,
A California Corporation,        O R D E R

       Defendant.
                            /

    On August 31, 2006 the court issued an order granting Ford Motor Credit's Temporary Restraining Order.  A hearing on Ford Credit's application for writ of possession and injunctive relief is set for September 15, 2006 at 1:30 p.m. Upon further review of the docket, the court became aware that defendant may not have been served with the August 31, 2006 order.  According, the court orders as follows:

    1.   The August 31, 2006 order is amended to read as follows:
        Defendant shall file a statement of opposition or non-
        opposition by Tuesday, September 12, 2006 by 9:00 a.m.
        Plaintiff shall file a reply brief by Wednesday,

1           September 13, 2006 by 5:00 p.m.
2      2.   Plaintiff is directed to serve a copy of this order as
3           well as the order issued on August 31, 2006 on defendant.
4  IT IS SO ORDERED.
5  DATED: September 7, 2006.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2