UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,
a Delaware Corporation,

    Plaintiff,

                                NO. CIV. S-06-1940 LKK/DAD

    v.

BONANZA AUTO CENTER, INC.,
A California Corporation,           O R D E R

    Defendant.
_____/

    A status conference is currently set in the above-captioned case for November 6, 2006, at 2:30 p.m.  Defendant has not filed a status report in accordance with the court's Order Setting Status Conference, which states that status reports must be filed at least ten (10) days prior to the status conference.  Accordingly, the court orders as follows:

    1.    Defendant is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days from the receipt of this order why sanctions should not issue in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for failure to file a timely status report.

1  2.   The status conference currently set for November 6, 2006
2       at 2:30 p.m. is hereby CONTINUED to January 22, 2007 at
3       3:30 p.m.
4  3.   Plaintiff is ordered to serve a copy of this order on
5       defendant.
6  IT IS SO ORDERED.
7  DATED: November 2, 2006.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```