1
2
3
4
5
6
                        UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8
9
FORD MOTOR CREDIT COMPANY,
10  a Delaware Corporation,
11            Plaintiff,
                                        NO. CIV. S-06-1940 LKK/DAD
12       v.
13  BONANZA AUTO CENTER, INC.,
    A California Corporation,                    O R D E R
14
              Defendant.
15  _____/

16       On November 3, 2006, the court ordered counsel for defendant
17  to show cause why sanctions should not be imposed for his failure
18  to file a timely status report.  Counsel responded to the order to
19  show cause on November 7, 2006.  No good cause shown, the court
20  hereby ORDERS that counsel for defendant is SANCTIONED in the
21  amount of one hundred and fifty ($150.00) dollars.  This sum shall
22  be paid to the Clerk of the Court no later than thirty (30) days
23  from the date of this order.  Counsel shall file an affidavit
24  accompanying the payment of this sanction which states that it is
25  paid personally by counsel, out of personal funds, and is not and
26  will not be billed, directly or indirectly, to the client or in any

1  way made the responsibility of the client as attorneys' fees or
2  costs.
3      IT IS SO ORDERED.
4      DATED: November 13, 2006.

```
                                  /s/ Lawrence K. Karlton
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```